UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DRYWALL TAPERS AND POINTERS OF
GREATER NEW YORK LOCAL UNION 1974,
AFFILIATED WITH INTERNATIONAL UNION      21 Civ. 4535 (JGK)
OF ALLIED PAINTERS AND ALLIED
TRADES, AFL-CIO,                                      ORDER

                      Petitioner,

             - against -

TIGER CONTRACTING CORP.,

                      Respondent.

---

**JOHN G. KOELTL, District Judge:**

    On July 8, 2021, the Petitioner, Drywall Tapers and Pointers of Greater New York Local Union 1974, Affiliated with International Union of Allied Painters and Allied Trades, AFL-CIO, filed a motion for summary judgment seeking to confirm an arbitration award. The respondent, Tiger Contracting Corp., failed to respond to the motion. The time for the respondent to respond to the motion is extended to **October 22, 2021**. If the respondent fails to respond to the motion by that date, the Court will decide the motion for summary judgment on the papers. The respondent is cautioned that the Court may confirm the arbitration award on the current papers if the respondent does not respond. If the respondent submits a response, the petitioner may submit a reply by **October 29, 2021**.

The Court will mail a copy of this Order to the respondent. The petitioner is also directed to serve a copy of this Order on the respondent and to file a proof of service by **October 8, 2021.**

SO ORDERED.

Dated:   New York, New York
         October 4, 2021

_____
John G. Koeltl
United States District Judge