UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DRYWALL TAPERS AND POINTERS OF
GREATER NEW YORK LOCAL UNION 1974,   21-cv-4535 (JGK)
AFFILIATED WITH INTERNATIONAL UNION
OF ALLIED PAINTERS AND ALLIED TRADES,   ORDER
AFL-CIO,

                  Petitioner,

- against -

TIGER CONTRACTING CORP. A/K/A TIGER
CONTRACTING CORPORATION,

                  Respondent.

---

JOHN G. KOELTL, District Judge:

    The petitioner submitted an affidavit by Lauren M. Kugielska in support of its application for costs and attorney's fees which the Court has determined the respondent should pay. The respondent failed to counter that affidavit. The affidavit fully supports the request for attorney's fees in the amount of $3,600.00, and costs in the amount of $523.00, for a total award of $4,123.00. Therefore, the Court should enter a judgment in favor of the petitioner and against the respondent in the amount of $18,623.00, consisting of the arbitration award of $14,500.00, together with costs and attorney's fees of $4,123.00. The Clerk is directed to close this case.

SO ORDERED.

Dated:    New York, New York
            March 28, 2022

                                            John G. Koeltl
                                      United States District Judge