UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

DRYWALL TAPERS AND POINTERS OF
GREATER NEW YORK LOCAL UNION
1974, AFFILIATED WITH INTERNATIONAL
UNION OF ALLIED PAINTERS AND ALLIED
TRADES, AFL-CIO,

                Petitioner,                            21 **CIVIL** 4535 (JGK)

      -against-                                  **JUDGMENT**

TIGER CONTRACTING CORP. A/K/A TIGER
CONTRACTING CORPORATION,
                Respondent.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 28, 2022, judgment is entered in favor of the petitioner and against the respondent in the amount of $18,623.00, consisting of the arbitration award of $14,500.00, together with costs and attorney's fees of $4,123.00; accordingly, the case is closed.

**Dated**: New York, New York
         June 2, 2022

                                                              **RUBY J. KRAJICK**

                                                               **Clerk of Court**

                **BY:**                        *K. Mango*

                                                                **Deputy Clerk**